IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-00410-MSK-CBS

ROBERT  W. WALTER,

        Plaintiff,

v.

RJM ACQUISITIONS L.L.C.,

        Defendant.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
*2:43 pm, Oct 31, 2012*
**JEFFREY P. COLWELL, CLERK**

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P

58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text -Only Order filed on October 11, 2012 adopting the

Recommendation issued by the Magistrate Judge (Doc. #23) to Dismiss the Complaint  (Doc. #1)  with

prejudice, it is

ORDERED that:

Judgment is entered in favor of the defendant and against the plaintiff on all claims.  It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the

Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Accordingly, the case is closed.

Dated this 31st day October, 2012.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Edward Butler
Edward Butler
Deputy Clerk